```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

CHRISTIAN SANCHEZ,

                 Plaintiff,          20-cv-10182 (JGK)

    - against -                <u>ORDER</u>

STILLWATER DESIGNS AND AUDIO, INC.,

                 Defendant.

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    As discussed during the teleconference held on February 25, 2021, the parties should submit a Rule 26(f) report by March 12, 2021. The parties should advise the Court by April 1, 2021, whether a referral to the mediation panel would be useful.

    The plaintiff should order and mail a copy of the transcript of the teleconference held today, February 25, 2021, to the defendant.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **February 25, 2021**

                                                __/s/ John G. Koeltl__
                                                  **John G. Koeltl**
                                    **United States District Judge**